Niles **HARRISON**, Plaintiff—Appellant,

v.

Major **SPRINKLE; Pinellas County Jail Florida; Central State Mental Hospital, Petersburg, VA; Hampton City Jail, VA; Norfolk City Jail; Eastern State Mental Hospital Williamsburg, VA; Hampton Roads Regional Jail; Ray Cherry, Superintendant; M. Pollard, Assistant Superintendent; Major Taylor; Sargeant Bhagirath, Defendants—Appellees.**

No. 10–6253.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 25, 2010.

Niles Harrison, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Niles Harrison appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Harrison v. Major Sprinkle*, No. 2:10–cv–00046–RBS–FBS (E.D.Va. Feb. 4, 2010). We deny Harrison's informal complaint motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*